UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : MAGISTRATE NO.: 21-1092

V. :

: CRIMINAL ACTION

Derek Zeller : ORDER OF RELEASE

The Court orders the defendant, Derek Zeller, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: _____

/s/ Derek Zeller
DEFENDANT

06/03/2021
DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

*Anthony R. Mautone* (signature)
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

6/3/21
DATE